| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID JERIMIE DEWITT,<br><br>　　　　　　　　　Defendant. | Case No. 13-162 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 24, 2013, AT 9:00 A.M.<br><br>Date:　October 10, 2013<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

　　　　The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 10, 2013, at 9:00 a.m., to October 24, 2013, at 9:00 a.m.

　　　　Counsel for Mr. Dewitt has received a proposal to settle this case. Counsel for Mr. Dewitt requires further time to discuss the settlement proposal with him.

　　　　For these reasons, counsel and the defendant agree that the Court should exclude the time from October 10, 2013, through October 24, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

///

///

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 8, 2013    HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: October 8, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
MICHAEL D. McCOY
Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for October 24, 2013, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 24, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: October 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT